**Reuben Fisher, appellee, v. A. A. Horwitz, appellant. Gen. No. 26,067.**

Action of forcible detainer for nonpayment of rent. Judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

Epstein & Feiwell and William J. Stapleton, for appellant. Max C. Liss, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Frank Secka, appellee, v. Chicago & West Towns Railway Company, appellant. Gen. No. 26,083.**

Action for damages for personal injuries to a passenger due to negligent starting of defendant's interurban car. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921. Rehearing denied October 17, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Willard M. McEwen, for appellant. Finn & Miller, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Thornton-Claney Lumber Company, appellee, v. A. E. Frost et al. (defendants), appellees. Rosehill Cemetery Company, appellant, v. W. H. Dow Manufacturing Company et al., appellees. Gen. No. 26,091.**

Mechanic's lien suit. Decree in favor of claimants. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

Ashcraft & Ashcraft, for appellant Rosehill Cemetery Company; E. M. Ashcraft, of counsel. Adams, Childs, Bobb & Wescott, for appellee Thornton-Claney Lumber Company. Joseph Rosenberg, for appellee W. H. Dow Mfg. Company. J. H. Perkinson, for appellees Farwell Cornice Company and Steinmetz Electric Company. Otto W. Jurgens, for appellee Henry Marble Company. John B. Synnestvedt, for appellee Nicholas Melzer.

Mr. Justice Barnes delivered the opinion of the court.